No. 5:08CR149-KSF

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

### UNITED STATES OF AMERICA
### v.
### FARRELL MARCUM

# INDICTMENT

21/846, attempt to possess with intent to distribute cocaine, 1 count

A TRUE BILL

_Nancy L Elkins_
FOREPERSON

Filed in Open Court on July 17, 2008

_____
CLERK

Bail, $ _____

Eastern District of Kentucky
FILED
JUL 17 2008
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
JUL 17 2008
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 5:08CR149-KSF
21 U.S.C. § 846

FARRELL MARCUM

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about July 16, 2008, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**FARRELL MARCUM**

did attempt to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

A TRUE BILL

_____
FOREPERSON

_____
JAMES A. ZERHUSEN
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

First Offense: Not more than 20 years imprisonment, not more than $1,000,000 fine, and at least 3 years supervised release.

Second Offense: Not more than 30 years imprisonment, not more than $2,000,000 fine, and at least 6 years supervised release.

**PLUS:** Mandatory special assessment of $100 per felony count.